No. 10–11098. McCREARY v. SKOLNIK ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–11099. SAYASANE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11100. RIVERA-JURADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11103. THORNBURGH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–11105. VASQUEZ RUIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11106. WIGGINS v. JACKSON, ADMINISTRATOR, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–11107. MOORE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–11108. SANDERS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–11109. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11110. SOTO-GUEVARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11111. HERRERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11112. QUINONES-FIGUEROA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11114. GOODWIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–11115. GUTIERREZ-JACQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11116. HOPE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.